UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KEATING DEMOLITION** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-8553** |
| **BELFOR USA GROUP, INC.** | **SECTION "K"(5)** |

## ORDER

For the reasons stated on the record at the hearing held this date, the "Motion for Partial Summary Judgment" filed on behalf of plaintiff Keating Demolition (Doc. 16) and the "Motion for Summary Judgment" filed on behalf of defendant and counterclaimant INRECON, L.L.C (Doc. 17) are DENIED.

New Orleans, Louisiana, this 19th day of March, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE